UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiff,<br><br>  vs.<br><br>GORDON WILEY PERRY; et al.,<br><br>      Defendants. | Case No: C 10-3186 SBA<br><br>**ORDER OF REFERENCE**<br><br>Dkt. 23 |

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for default judgment (Dkt. 23) is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation. The May 3, 2011 hearing date is VACATED. The new hearing date will determined by the assigned Magistrate Judge.

2. If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiff shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3. The telephonic Case Management Conference currently scheduled for February 23, 2011 is CONTINUED to <u>May 19, 2011 at 3:30 p.m.</u> Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All

1 | parties shall be on the line and shall call (510) 637-3559 at the above indicated date and
2 | time.
3 |     IT IS SO ORDERED.
4 | Dated: February 10, 2011

                                               _____
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge