UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON WILEY PERRY; GORDON WILEY PERRY, Individually and doing business as DRYWALL MASTERS; GORDON WILEY PERRY, Individually and doing business as G W PERRY CONSTRUCTION; DRYWALL MASTERS, a Sole Proprietorship; G W PERRY CONSTRUCTION, a Sole Proprietorship,<br><br>Defendants. | Case No: C 10-3186 SBA<br><br>**ORDER STAYING ACTION AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

In view of the notice of settlement filed by Plaintiff,

IT IS HEREBY ORDERED THAT the instant action is STAYED pending the parties' submission of a request for dismissal. The Case Management Conference scheduled for January 18, 2012 is VACATED. In the event a request for dismissal is not submitted within thirty (30) days of the date this order is filed, the parties shall appear for a Case Management Conference on <u>April 4, 2012 at 3:30 p.m.</u> Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: January 17, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge