BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON WILEY PERRY; GORDON WILEY PERRY, Individually and doing business as DRYWALL MASTERS; GORDON WILEY PERRY, Individually and doing business as G W PERRY CONSTRUCTION; DRYWALL MASTERS, a Sole Proprietorship; G W PERRY CONSTRUCTION, a Sole Proprietorship,<br><br>Defendants. | No. C 10-03186 SBA<br><br>**PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; ORDER** |

PLAINTIFF' EX PARTE APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiffs, by and through the undersigned counsel, respectfully request that the Court continuer the Order of Conditional Dismissal for sixty (60) days. Plaintiffs' counsel has prepared and provided Defendant, who is pro per, with drafts of the necessary settlement documents, but as of this date, Defendant has not signed and returned the executed settlement documents.

Plaintiffs further request that said dismissal provide: (a) that if either party certifies with the Court within sixty (60) days that resolution has not in fact occurred, this matter may be restored to the Court's calendar and set for trial; and (b) that the parties will have until July 2, 2012 to reopen the case if a resolution has not in fact occurred.

If the Court denies the Plaintiffs' request to extend the conditional dismissal for a period of sixty (60) days, Plaintiffs, by and through their counsel of record, hereby request that the Court reopen the above-referenced case. Plaintiffs request that the case be reopened as they have not received the necessary settlement documentation pursuant to the tentative settlement reached by the parties in the above-referenced case, and as a result the case has not been resolved.

Dated: May 3, 2012                     WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation


                                         /s/ Ezekiel D. Carder
                              By:       EZEKIEL D. CARDER
                                        Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
PLAINTIFF' EX PARTE APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA

# **ORDER**

Pursuant to the *Ex Parte* Application of Plaintiffs to Continue the Order of Conditional Dismissal, and for good cause showing, the Order Dismissing Action filed on April 3, 2012, is hereby continued for sixty (60) days.  IT IS HEREBY ORDRED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this Order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

Dated:  _5/10/12                                    _____
                                                                Honorable Saundra Brown Armstrong
                                                                United States District Court Judge

124837/667204

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
PLAINTIFF' EX PARTE APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On May 3, 2012, I served the following documents in the manner described below:

**PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; [PROPOSED] ORDER**

- ☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

- ☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

- ☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

- ☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by United Parcel Service for overnight delivery.

- ☐ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Weinberg, Roger & Rosenfeld's electronic mail system from mpiro@unioncounsel.net to the email addresses set forth below.

- ☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

| | |
|---|---|
| Drywall Masters<br>17241 Quail Court<br>Morgan Hill, CA  95037 | Gordon Wiley Perry<br>17241 Quail Court<br>Morgan Hill, CA  95037 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 10, 2012, at Alameda, California.

/s/ Mary Piro
Mary Piro

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
PLAINTIFF' EX PARTE APPLICATION TO CONTINUE CONDITIONAL DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA