BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON WILEY PERRY; GORDON WILEY PERRY, Individually and doing business as DRYWALL MASTERS; GORDON WILEY PERRY, Individually and doing business as G W PERRY CONSTRUCTION; DRYWALL MASTERS, a Sole Proprietorship; G W PERRY CONSTRUCTION, a Sole Proprietorship,<br><br>Defendants. | No. C 10-03186 SBA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA

Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs The Board of Trustees of the Carpenters Pension Trust Fund for Northern California, by and through the undersigned counsel, and Defendants Gordon Wiley Perry; Gordon Wiley Perry, Individually and doing Business as Drywall Masters; Gordon Wiley Perry, Individually and doing business as G W Perry Construction; Drywall Masters, a Sole Proprietorship; and G W Perry Construction, a Sole Proprietorship ("Defendants"), in pro per, hereby stipulate to the dismissal without prejudice of Plaintiff's Complaint for Withdrawal Liability against Defendants, who have appeared in this action.

Dated:  June 26, 2012                                      WEINBERG, ROGER & ROSENFELD
                                                           A Professional Corporation

                                                           */s/ Ezekiel Carder*
                                                   By:     EZEKIEL D. CARDER
                                                           Attorneys for Plaintiffs

Dated:  June 26, 2012                                      GORDON WILEY PERRY; GORDON WILEY
                                                           PERRY, Individually and doing business as
                                                           DRYWALL MASTERS; GORDON WILEY
                                                           PERRY, Individually and doing business as G W
                                                           PERRY CONSTRUCTION; DRYWALL
                                                           MASTERS, a Sole Proprietorship; G W PERRY
                                                           CONSTRUCTION, a Sole Proprietorship

                                                           */s/ Gordon Wiley Perry*
                                                   By:     GORDON WILEY PERRY
                                                           Individually and on behalf of DRYWALL
                                                           MASTERS and G W PERRY
                                                           CONTRUCTION

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186

## ORDER

IT IS SO ORDERED.

Dated: _7/24/12                    _____
                                    Honorable Saundra Brown Armstrong
                                    United States District Court Judge

124837/661999

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186