1    BLYTHE MICKELSON, Bar No. 095506
     LINDA BALDWIN JONES, Bar No. 178922
2    EZEKIEL D. CARDER, Bar No. 206537
     WEINBERG, ROGER & ROSENFELD
3    A Professional Corporation
     1001 Marina Village Parkway, Suite 200
4    Alameda, California 94501
     Telephone  (510) 337-1001
5    Fax  (510) 337-1023
     E-Mail:  courtnotices@unioncounsel.net
6
     Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   THE BOARD OF TRUSTEES OF THE                No. C 10-03186 SBA
     CARPENTERS PENSION TRUST FUND
12   FOR NORTHERN CALIFORNIA,                    **STIPULATION FOR DISMISSAL;
                                                 ORDER**
13                          Plaintiffs,
                                                 **[Fed. R. Civ. P. 41(a)(1)(A)(ii)**
14           v.

15   GORDON WILEY PERRY; GORDON
16   WILEY PERRY, Individually and doing
     business as DRYWALL MASTERS; GORDON
17   WILEY PERRY, Individually and doing
     business as G W PERRY CONSTRUCTION;
18   DRYWALL MASTERS, a Sole Proprietorship;
19   G W PERRY CONSTRUCTION, a Sole
     Proprietorship,
20
21                          Defendants.

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186 SBA

1    Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs The Board of Trustees of

2  the Carpenters Pension Trust Fund for Northern California, by and through the undersigned

3  counsel, and Defendants Gordon Wiley Perry; Gordon Wiley Perry, Individually and doing

4  Business as Drywall Masters; Gordon Wiley Perry, Individually and doing business as G W Perry

5  Construction; Drywall Masters, a Sole Proprietorship; and G W Perry Construction, a Sole

6  Proprietorship ("Defendants"), in pro per, hereby stipulate to the dismissal without prejudice of

7  Plaintiff's Complaint for Withdrawal Liability against Defendants, who have appeared in this

8  action.

9

10  Dated:  June 26, 2012                          WEINBERG, ROGER & ROSENFELD
                                                   A Professional Corporation

11

12                                                 */s/ Ezekiel Carder*
                                        By:        EZEKIEL D. CARDER
13                                                 Attorneys for Plaintiffs

14

15  Dated:  June 26, 2012                          GORDON WILEY PERRY; GORDON WILEY
                                                   PERRY, Individually and doing business as
16                                                 DRYWALL MASTERS; GORDON WILEY
                                                   PERRY, Individually and doing business as G W
17                                                 PERRY CONSTRUCTION; DRYWALL
                                                   MASTERS, a Sole Proprietorship; G W PERRY
18                                                 CONSTRUCTION, a Sole Proprietorship

19                                                 */s/ Gordon Wiley Perry*
                                        By:        GORDON WILEY PERRY
20                                                 Individually and on behalf of DRYWALL
                                                   MASTERS and G W PERRY
21                                                 CONTRUCTION

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186

1

**ORDER**

2

      IT IS SO ORDERED.

3

4

Dated:  _7/24/12                                    _Saundra B. Armstrong_____

5

                                    Honorable Saundra Brown Armstrong
                                    United States District Court Judge

6

7

124837/661999

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. C 10-03186